LAW OFFICES OF MICHAEL H. LEWIS
MICHAEL H. LEWIS (88742)
25 Kearny Street
Suite 302
San Francisco, CA 94108

Telephone (415) 296-1460

Attorneys for Debtor
LA TORTILLA, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-32921 |
| LA TORTILLA, INC. | Chapter 11 |
| Debtor. | |

### APPLICATION OF LA TORTILLA, INC., TO EMPLOY COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION

TO: THE HONORABLE THOMAS CARLSON, UNITED STATES BANKRUPTCY JUDGE:

The Application of LA TORTILLA, INC., the debtor and debtor-in-possession herein ("Applicant"), respectfully represents:

1. Applicant has filed a petition under Chapter 11 of the United States Bankruptcy Code.

2. In order to properly perform its duties as

debtor-in-possession under Chapter 11, Applicant must have the advice of experienced and competent bankruptcy counsel. In particular, Applicant requires the services of an attorney for the following purposes:

    a. To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate and concerning Applicant's rights and remedies with regard to the estate's assets, the claims of creditors and other parties in interest and the negotiation and preparation of a plan of reorganization;

    b. To appear for, prosecute, defend and represent Applicant's interest in suits arising in or related to its case;

    c. To investigate and prosecute preference and other actions arising under the debtor-in-possession's avoiding powers;

    d. To review and object to claims; and

    e. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate.

    3. Applicant wishes to employ the Law Offices of Michael H. Lewis as its attorney herein. All attorneys at the Law Offices of Michael H. Lewis are members of the State Bar of California and the bar of the Northern District of California. Applicant believes that the attorneys at the Law Offices of Michael H. Lewis are well and sufficiently experienced in bankruptcy law matters and competent to represent it in this Chapter 11 case.

4. The Law Offices of Michael H. Lewis has agreed to provide business and bankruptcy law advice and such other legal advice and representation necessary and appropriate in order to assist Applicant in the execution and performance of its duties as a Chapter 11 debtor with compensation to be paid according to its regular hourly rates as set forth in Exhibit A attached hereto and incorporated herein by this reference, and as allowed by this Court. Applicant paid the Law Offices of Michael H. Lewis a retainer for bankruptcy services and in payment of the filing fee for this Chapter 11 case in the amount of $2,846.80. The retainer was paid on or about September 29, 2009. The retainer amount was paid out of funds of Applicant. The Law Offices of Michael H. Lewis has provided no services to Applicant aside from pre-petition services related to the filing of this bankruptcy case.

5. Based on the accompanying Declaration of Michael Lewis filed herewith, Applicant believes that to the best of Applicant's knowledge, the Law Offices of Michael H. Lewis, its members and associates, do not hold or represent an interest adverse to the estate and does not have any connections with the debtor, creditors, any other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee except as may be disclosed in the Verified Statement.

WHEREFORE, Applicant requests this Court to enter its order approving the employment of the Law Offices of Michael H. Lewis as its attorney in this Chapter 11 case.

Dated: November 25, 2009

By: /s/ VICTOR JUAREZ
VICTOR JUAREZ,
PRESIDENT
LA TORTILLA, INC.

EXHIBIT "A"

LAW OFFICES OF MICHAEL H. LEWIS

PROFESSIONAL'S FEE SCHEDULE FOR 2009

| Attorney | Hourly Rate |
|---|---|
| Michael H. Lewis | $350.00 |